# UNITED STATES DISTRICT COURT

## OF THE DISTRICT OF MAINE

| | |
|---|---|
| OSCAR E. WEIGANG, JR )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>THE UNIVERSITY OF MAINE, et al.**)<br>)<br>Defendants ) | Civil No. 80-1111-B |

## AMENDMENT TO COMPLAINT

To the United States District Court of the District of Maine.

Now comes Plaintiff Oscar E. Weigang, Jr. and pursuant to Rule 15(a)(2), FedRCivP ("The court … freely giv[ing] leave when justice so requires.") OR, in the alternative, Rule 15(d) FedRCivP for his cause of action under sec. 2 of April 20, 1871, 42 U.S.C. 1985, alternatively under sec. 1 of July 31, 1871, 42 U.S.C. 1983, seeks declaratory relief to redress deprivation, under color of state law of rights under the United States Constitution, by conspiring to interfere with Plaintiff's civil rights and neglecting to prevent interference with Plaintiff's civil rights, the Plaintiff states the facts set out in the following paragraphs hereof::

1.

I

Plaintiff Oscar E. Weigang, Jr. is a resident of the State of Maine, residing at 957 Macomber Mill Road, in the Town of Eastbrook, County of Hancock, ME at all time material and has retained that residency to this date.

II

**Defendants supplemented by this Amendment, agents or officers of the State of Maine as duly elected Selectmen, and sworn to their duties even under the United States Constitution, are Julie Curtis, First Selectman of the Town of Eastbrook; David DeWitt, Second Selectman of the same; and Craig DuBois, Third selectman of the same, all being active in those positions and attendant responsibilities at the times pertinent herein.

III

On or about August 3, 2021, and thereafter, the named Defendants Curtis, DeWitt, and DuBois deprived the Plaintiff Oscar E. Weigang, Jr. of his Due Process Rights, Substantive and Procedural, to be heard "at a meaningful time and in a meaningful manner". Armstrong v. Manzo, 380 U.S. 545, 552 (1965)

IV

On or about August 3, 2021, Plaintiff Oscar E. Weigang, Jr. presented to the Board of Selectmen of the Town of Eastbrook his "MEMORANDUM [of FACTS] in the matter of the PROPOSED SALE OF 969 MACOMBER MILL RD". (Exhibit 1, attached). Minutes of the SELECTMAN MEETING of that same date records that "Oscar left us paperwork on his concern of the Town not having a clear deed to the property." (Exhibit 2, attached)

V

On or about August 16, 2021, Plaintiff Oscar E. Weigang, Jr. prepared for submission to the same Board of Selectmen his "MEMORANDUM of LAW in the matter of the PROPOSED SALE OF 969 MACOMBER MILL RD." (Exhibit 3, attached), "Dated: August 17, 2021, for submission to the Board of Selectmen meeting." Upon distribution to the Board via the Town Office on August 17, 2021, he learned that the meeting was held the previous August 16th. Minutes of the Selectmen's Meeting of that date (Exhibit 4, attached) show no continuing concern for the matter as raised previously.

VI

Plaintiff Oscar E. Weigang, Jr. received no notice of that meeting of August 16th, nor of any subsequent regular meeting of the board or any special meeting that would serve as a hearing of his complaint encompassed in Memoranda of Facts and Law that are Exhibits 2 and 3 attached here.

VII

As a result of the wrongful acts and neglect described herein plaintiff Oscar E. Weigang is being deprived of his property rights concerning the proposed sale of "969 Macomber Mill Rd."

VIII

Wherefore, Plaintiff Oscar E . Weigang, Jr. prays judgment against Julie Curtis, First Selectman of the Town of Eastbrook; David DeWitt, Second Selectman of the same; and Craig DuBois, Third selectman of the same, for declaratory relief under this filing as Civil No. 80-1111-B and its legal progeny as No. 81-6915, In re Oscar E. Weigang, Jr. [Pro Se] in the U.S. Supreme Court, petition on Common-Law Writ of Certiorari to the U.S. Court of Appeals for the First Circuit, to ensure substantive and procedural due process for the Plaintiff and for such other and further relief as to this Court may seem proper in the premises.

Signed this 15th day of September, 2021,

_____/s/ Oscar E. Weigang, Jr., pro se_____, pursuant to Local Rule 5(c)
Oscar E. Weigang, Jr., Plaintiff, pro se
957 Macomber Mill Rd.
Eastbrook, ME  04634

CERTIFICATION OF SERVICE

    I, Oscar E. Weigang, Jr., Plaintiff pro se, hereby certify that I served a copy of the foregoing AMENDMENT TO COMPLAINT:
    On Gordon F. Grimes, or his successor, attorney for previous Defendants herein, by mailing a copy on September 15, 2021 by United States Postal Service, postage prepaid, to Gordon F. Grimes, or His Successor in this Matter, at Bernstein, Shur, Sawyer and Nelson, 100 Middle St, Portland, ME 04101, his last known address, and
    On Attorney General Aaron Frey, for Supplemented Defendants herein, by mailing a copy on September 15, 2021 by United States Postal Service, postage prepaid, to the State of Maine, Office of the Attorney General – Augusta, 6 State House Station, Augusta, ME, 04333; copy also to: oag.generalcivil@maine.gov and
    On Supplemented Defendants herein, by mailing a copy on September 15, 2021 by United States Postal Service, postage prepaid, to each at their respective last known mailing address: Julie Curtis, First Selectman of the Town of Eastbrook, 1122 Eastbrook Rd., Eastbrook, ME 04634; David DeWitt, Second Selectman of the same, 25 Clark Point Rd., Eastbrook, ME 04634; and Craig DuBois, Third selectman of the same, 47 Sugar Hill Rd., Eastbrook, ME 04534.

Dated September 15, 2021

Signed _____/s/ Oscar E. Weigang, Jr. pro se_____, pursuant to Local Rule 5(c)
Oscar E. Weigang, Jr., Plaintiff, pro se
957 Macomber Mill Rd.
Eastbrook, ME  04634